FORM 3

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE:  THE HONORABLE _____, JUDGE**

| | | |
|---|---|---|
| AMCANE SUGAR LLC,<br><br>         Plaintiff<br><br>v.<br><br>UNITED STATES,<br><br>         Defendant. | | Ct. No. 15-00122 |

**S U M M O N S**

**TO:**   The Attorney General and the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                                      /s/ Tina Potuto Kimble
                                                      Clerk of the Court

1. Plaintiff is AmCane Sugar LLC ("AmCane").  AmCane was an interested party in the contested administrative determination.  AmCane participated in the contested administrative proceeding through written submissions of factual information and legal argument.  AmCane therefore is a party to the proceeding and is entitled to commence this civil action pursuant to 28 U.S.C. §263(c), 28 U.S.C. §1581(c), and 19 U.S.C. §1516a(2)(B)(v).

2. Plaintiff contests the injurious effect determination regarding the agreements suspending the antidumping and countervailing duty investigations in Sugar from Mexico (Inv. Nos. 704-TA-1 and 734-TA-1 (Review)) by the International Trade Commission.

3. The Commission completed and filed its determination in these investigations on March 24, 2015.  The views of the Commission are contained in USITC Publication 4523 (April 2015), entitled *Sugar from Mexico, Inv. Nos. 704-TA-1 and 734-TA-1 (Review)*.

4. Notice of the Commission's final determination was published in the Federal Register on March 27, 2015 (80 Fed. Reg. 16,246).

/s/ John. R. Magnus  
John R. Magnus  
Sheridan S. McKinney  
TRADEWINS LLC  
1919 M Street NW, #700  
Washington, DC  20036  
(202) 744-0368

Date:  April 24, 2015

**SERVICE OF SUMMONS BY THE CLERK**

**AMCANE SUGAR LLC V. UNITED STATES**
**CIT Court No. 15-00122**

  Pursuant to CIT Rule 3(a)(2), this is an action described in 28 U.S.C. §1581(c) to contest a determination listed in section 516A(a)(2) of the Tariff Act of 1930, for which only the filing of a summons is required for commencement of the action.  In accordance with CIT Rule 4(a)(1) and (4), the Clerk of the Court is requested to serve the summons on each of the following named defendants:

<u>UPON THE UNITED STATES</u>

Attorney-in-Charge
International Trade Field Office
U.S. DEPARTMENT OF JUSTICE
National Courts Branch
26 Federal Plaza, Rm. 246
New York, NY 10278

Commercial Litigation Branch
Civil Division
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW
Washington, DC 20530


<u>UPON THE INTERNATIONAL TRADE COMMISSION</u>

The Honorable Lisa R. Barton
Office of the Secretary
U.S. INTERNATIONAL TRADE COMMISSION
500 E Street, SW
Washington, DC 20436